# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CAREY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>R. PRATTI, et al.,<br><br>　　　　Defendants. | Case No.: 1:15-cv-00767-AWI-EPG (PC)<br><br>ORDER THAT INMATE MICHAEL CAREY IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

A settlement conference in this matter commenced on November 17, 2017. Inmate Michael Carey, CDCR #AC-5838, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATE: November 17, 2017

UNITED STATES MAGISTRATE JUDGE