UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CAREY,<br><br>                Plaintiff,<br><br>        v.<br><br>R. PRATTI,<br><br>                Defendant. | Case No. 1:15-cv-00767-AWI-EPG (PC)<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF NO. 40) |

On November 22, 2017, the parties filed a joint stipulation dismissing this action with prejudice and with each party bearing its own costs and attorneys' fees. (ECF No. 40). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice and without an award of costs or attorneys' fees. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

    Dated:  **November 28, 2017**                /s/ Erica P. Grosjean
                                                UNITED STATES MAGISTRATE JUDGE

1